# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of April, two thousand twenty-four.

United States of America,

    Appellee,

**ORDER**

Docket No. 24-824

v.

Ezhil Kamaldoss,

    Defendant - Appellant.

    Robert M. Radick moves to be relieved as counsel for the Appellant.

    IT IS HEREBY ORDERED that the motion to be relieved is GRANTED. Brian E. Spears, Esq., Spears Manning & Martini, LLC, 2425 Post Road, Suite 203, Southport, CT 06890, is assigned as new counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Attorney Spears is directed to review Local Rule 31.2 regarding procedures for setting the filing dates for the submission of briefs.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court