# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-824           Caption [use short title]

**Motion for:** Extension of Time to File Reply Brief

_____

_____

Set forth below precise, complete statement of relief sought:

Unopposed Motion for Extension of Time to File

Reply Brief

U.S. v. Ezhil Kamaldoss

**MOVING PARTY:** Ezhil Kamaldoss     **OPPOSING PARTY:** U.S. Attorney's Office

☐ Plaintiff     ☐ Defendant

☑ Appellant/Petitioner     ☐ Appellee/Respondent

**MOVING ATTORNEY:** Leslie A. Cahill, Esq.     **OPPOSING ATTORNEY:** Robert M. Pollack, AUSA

[name of attorney, with firm, address, phone number and e-mail]

Spears Manning & Martini, LLC     United States Attorney's Office, EDNY

2425 Post Road, Suite 203, Southport, CT  06890     271 Cadman Plaza East, Brooklyn, NY  11201

203-292-9766; lcahill@spearsmanning.com     718-254-6232; Robert.Pollack@usdoj.gov

Court- Judge/ Agency appealed from: Honorable Allyne R. Ross

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes ☐ No

Has this relief been previously sought in this court?   ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

_____

_____

_____

_____

Is oral argument on motion requested?    ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Leslie A. Cahill    **Date:** 02/03/2025    Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 24-824 |
| | : | |
| *Appellee,* | : | |
| | : | |
| v. | : | |
| | : | |
| EZHIL KAMALDOSS, | : | |
| | : | |
| *Defendant-Appellant*. | : | February 3, 2025 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE REPLY BRIEF

Counsel for Defendant-Appellant Ezhil Kamaldoss respectfully requests a two-week extension of time to file the Defendant-Appellant's reply brief in this matter—until February 28, 2025.  In connection with this motion, the undersigned represents as follows:

1.    On October 25, 2024, the Defendant-Appellant filed his opening brief in this matter, with the Government filing its opposition brief on January 24, 2025.  Defendant-Appellant's reply brief is currently due on February 14, 2025.

1

2.      The undersigned counsel has been unexpectedly under the weather, and a brief extension will enable the undersigned counsel additional time to consult with Defendant-Appellant and prepare Mr. Kamaldoss' reply brief.

3.      This is the first request for an extension of time to file the Defendant-Appellant's reply appeal brief in this case.

4.      Counsel for the United States has been contacted and does not oppose this motion.

WHEREFORE,      Defendant-Appellant      Ezhil      Kamaldoss respectfully requests a two-week extension of time until February 28, 2025 to file his reply brief.

Respectfully submitted,

By:     /s/ *Leslie A. Cahill*

Brian E. Spears
Leslie A. Cahill
SPEARS MANNING & MARTINI LLC
2425 Post Road, Suite 203
Southport, CT  06890
Telephone:  (203) 292-9766
Facsimile:  (203) 292-9682
Email: bspears@spearsmanning.com
lcahill@spearsmanning.com

*Counsel for Defendant-Appellant*
*Ezhil Kamaldoss*

3

## <u>CERTIFICATION</u>

I hereby certify that on February 3, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.

*/s/ Leslie Cahill*
Leslie A. Cahill
SPEARS MANNING &
MARTINI LLC
2425 Post Road, Suite 203
Southport, CT  06890
Telephone:  (203) 292-9766
Facsimile:  (203) 292-9682
Email:  lcahill@spearsmanning.com
