UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** _____  **Caption** [use short title] _____

**Motion for:** _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

**MOVING PARTY:** _____  **OPPOSING PARTY:** _____

☐ Plaintiff  ☐ Defendant

☐ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____  **OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]

_____

_____

_____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**   **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):   Has this request for relief been made below? ☐ Yes ☐ No
☐ Yes ☐ No (explain): _____   Has this relief been previously sought in this court? ☐ Yes ☐ No

_____

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☐ No  If yes, enter date: _____

**Signature of Moving Attorney:**

/S/ Esha Bhandari _____ **Date:** _____  Service: ☐ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# Appendix A

Amy Busa, Assistant U.S. Attorney
718-254-6274
United States Attorney's Office for the Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Robert Pollack, Assistant U.S. Attorney
718-254-6232
United States Attorney's Office for the Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201

Nicholas J. Moscow
718-254-6212
United States Attorney's Office for the Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201

Margaret Schierberl, Assistant U.S. Attorney
718-254-6187
United States Department of Justice for the Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>APPELLEE<br><br>v.<br><br>EZHIL KAMALDOSS, AKA Kamaldoss Sezhian, AKA Kamal Doss, AKA Ezhil Cezhian,<br>DEFENDANT-APPELLANT<br><br>VELAUDAPILLAI NAVARATNARAJAH AKA Rajah,<br>DEFENDANT. | No. 24-0824 |

### MOTION TO GRANT COUNSEL FOR *AMICUS* AMERICAN CIVIL LIBERTIES UNION LEAVE TO PARTICIPATE IN ORAL ARGUMENT IN SUPPORT OF DEFENDANT-APPELLANT

Pursuant to Federal Rule of Appellate Procedure 29(a)(8) and Local Rule 34.1(c), *amicus* the American Civil Liberties Union ("ACLU") respectfully requests that this Court grant counsel for the ACLU leave to participate in oral argument in support of Defendant-Appellant. *Amicus* respectfully proposes that the time allotted for *amicus* be 5 minutes in addition to the time allotted for Defendant-Appellant, and that the time allotted to the Appellee the United States be accordingly increased by 5 minutes. The Defendant-Appellant supports this motion, while the United States takes no position on this motion. In support of this motion, *amicus* the American Civil Liberties Union states as follows:

1. On November 1, 2024, this Court accepted the consented-to Brief of *Amici Curiae* filed by the American Civil Liberties Union, Electronic Frontier Foundation, and New York Civil Liberties Union In Support of Defendant-Appellant And Reversal.

2. On February 26, 2025, this Court calendared oral argument for March 31, 2025.

3. Because of the importance of the issues raised by this case, the undersigned counsel for *amicus* American Civil Liberties Union respectfully requests that the Court grant leave to participate in oral argument by allotting counsel for *amicus* 5 minutes of oral argument time in addition to that allotted for Defendant-Appellant, and in such case to increase the time allotted to the United States by 5 minutes.

4. This case presents an unusually important question: whether the Fourth Amendment requires that the government have a warrant or reasonable suspicion of digital contraband before searching a traveler's electronic device at the border. This is a question with which courts must grapple following the Supreme Court's decision in *Riley v. California*, 134 S. Ct. 2473 (2014).

5. The Court's decision in this case may have implications for the rights of the millions of innocent travelers who cross the U.S. border each year within this circuit alone.

6. *Amicus* counsel's participation in argument will be of particular assistance to the Court because its *amici* brief provided analysis and factual background not contained in the parties' briefs, and because *amicus* counsel can particularly address the applicability of this Court's decision in *United States v. Levy*, 803 F.3d 120, 121 (2d Cir. 2015).

7. *Amicus* is well-placed to share with the Court its expertise on this issue, with the American Civil Liberties Union and its state affiliates having previously represented the plaintiffs in three cases considering the proper standard under the Fourth Amendment for border searches of electronic devices. *See Abidor v. Napolitano*, 990 F. Supp. 2d 260 (E.D.N.Y. 2013); *House v. Napolitano*, 2012 WL 1038816 (D. Mass. Mar. 28, 2012); *Alasaad v. Mayorkas*, 988 F.3d 8, 13 (1st Cir. 2021).

8. Undersigned counsel, who would present oral argument should this motion be granted, also participated in oral argument as *amicus* before the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Fifth Circuit, and the U.S. Court of Appeals for the Seventh Circuit, and as direct counsel in the U.S. Court of Appeals for the First Circuit, in cases considering the proper standard under the Fourth Amendment for border searches of electronic devices. *See United States v. Kolsuz*, 890 F.3d 133 (4th Cir. 2018); *United States v.*

*Molina-Isidoro*, 884 F.3d 287 (5th Cir. 2018); *United States v. Wanjiku*, 919 F.3d 472 (7th Cir. 2019); *Alasaad v. Mayorkas*, 988 F.3d 8, 13 (1st Cir. 2021).

 9. Counsel for Defendant-Appellant consents to this motion. Counsel for Appellee the United States does not oppose this motion.

 WHEREFORE, counsel for *amicus* respectfully requests this Court to enter an order (1) granting undersigned counsel for *amicus* leave to participate in oral argument and (2) allotting 5 minutes of argument time for *amicus* counsel in addition to that allotted to Defendant-Appellant while increasing the time allotted to the United States by 5 minutes.

February 26, 2025          Respectfully submitted,

               <u>/s/Esha Bhandari</u>
               Esha Bhandari
               AMERICAN CIVIL LIBERTIES UNION FOUNDATION
               125 Broad Street, 18th Floor
               New York, NY 10004
               (212) 549-2500
               ebhandari@aclu.org

               *Counsel for* Amicus Curiae the American Civil Liberties Union

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate ACMS system. Participants in the case are registered ACMF users, and service will be accomplished by the appellate ACMF system.

                                          */s/ Esha Bhandari*
                                          Esha Bhandari

                                          *Counsel for* Amicus Curiae the American Civil Liberties Union