# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of September, two thousand and twenty-six.

Before: Michael H. Park,
Myrna Pérez,
Sarah A. L. Merriam,
*Circuit Judges.*

---

United States of America

Appellee,

v.

Ezhil Kamaldoss, AKA Kamaldoss Sezhian, AKA Kamal Doss, AKA Ezhil Cezhian

Defendant – Appellant.

---

**ORDER**

Docket No. 24-824

It is hereby ORDERED that the parties, should they choose, shall file supplemental letter briefs within seven days of the entry of this order addressing their respective views on whether and how this Court's opinion in *United States v. Alisigwe*, --- F.4th ---, 2026 WL 2751713 (2d Cir. Sept. 17, 2026), affects the disposition of this case. No brief filed pursuant to this order shall exceed 3,000 words.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

